■ CLAUDIA LIBERCHUK, Respondent, v JOSEPH S. MAMMANO et al., Appellants. [624 NYS2d 962] —Appeal by the defendants from stated portions of an order of the Supreme Court, Kings County (Vinik, J.), dated December 13, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Vinik at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.

■ MARYELLEN MCCANN et al., Appellants, v JOSEPH F. MAHONEY, Respondent. [624 NYS2d 963] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau County (Burke, J.), dated January 24, 1994, which denied their motion for partial summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the plaintiffs' motion as the defendant came forward with sufficient evidence of the plaintiff-driver's negligence to raise an issue of fact regarding the comparative fault of the parties *(see, Nitzke v Loveland,* 188 AD2d 1058; *compare, Crociata v Vasquez,* 168 AD2d 410; *Benjarko v Avis Rent A Car Sys.,* 162 AD2d 572). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ N.W. COMMERCIAL MORTGAGE CORPORATION, Appellant, v SUFFOLK COUNTY, Respondent, et al., Defendants. [624 NYS2d 964] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Cannavo, J.), entered August 13, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cannavo at the Supreme Court. Balletta, J. P., Rosenblatt, Ritter and Altman, JJ., concur.